```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A02-0130--CV (RRB)
                 "CARL BRENT ET AL V MOA ET AL"
```
Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 06/14/02
           Closed: 03/31/04

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 06/14/02 receipt # 00000002
         Trial by: Jury
```

Parties of Record:                        Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | BRENT, CARL | Wayne Anthony Ross<br>Ross & Miner<br>327 E. Fireweed Lane, Suite 201<br>Anchorage, AK 99503<br>907-276-5307 |
| PLF 2.1 | WOOLSEY, SCOT | Wayne Anthony Ross<br>(see above) |
| PLF 3.1 | CROWLEY, DANE | Wayne Anthony Ross<br>(see above) |
| PLF 4.1 | WORRELL, CRAIG | Wayne Anthony Ross<br>(see above) |
| PLF 5.1 | GIBBS, KIRK | Wayne Anthony Ross<br>(see above) |
| PLF 6.1 | LEARY, RYAN | Wayne Anthony Ross<br>(see above) |
| PLF 7.1 | CHIACCHIA, GRANT | Wayne Anthony Ross<br>(see above) |
| PLF 8.1 | VOSTRY, R. MELVIN | Wayne Anthony Ross<br>(see above) |
| PLF 9.1 | BROWNING, JOSHUA | Wayne Anthony Ross<br>(see above) |
| PLF 10.1 | ANDERSON, GREGORY S. | Wayne Anthony Ross<br>(see above) |

```
┌─────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA    │
│          CIVIL DOCKET PARTY INFORMATION FOR CASE A02-0130--CV (RRB) │
│                    "CARL BRENT ET AL V MOA ET AL"                   │
├─────────────────────────────────────────────────────────────────────┤
│          Including terminated parties, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 1.1 | ANCHORAGE, MUNICIPALITY OF | Linda J. Johnson<br>Clapp Peterson & Stowers<br>711 H Street, Suite 620<br>Anchorage, AK 99501<br>907-272-9272 |
| DEF 2.1 | LAW ENFORCEMENT PSYCHOLOGICAL SERVICES INC | Linda A. Webb<br>Hagans Ahearn et al<br>310 K Street, Suite 400<br>Anchorage, AK 99501<br>907-276-5294<br>FAX 907-276-8732 |
| DEF 3.1 | LENHART, RAND E. | Matthew K. Peterson<br>Clapp Peterson et al<br>711 H Street, Suite 620<br>Anchorage, AK 99501-3454<br>907-272-9272<br>FAX 907-272-9586<br><br>Laura S. Gould<br>Clapp Petersen et al<br>711 H Street, #620<br>Anchorage, AK 99501<br>907-272-9272 |
| DEF 4.1 | HANSEN, KAREN | Linda J. Johnson<br>(see above) |
| DEF 5.1 | [T] WUERCH, GEORGE | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0130--CV (RRB)
"CARL BRENT ET AL V MOA ET AL"

For all filing dates

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 06/14/02
           Closed: 03/31/04

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 06/14/02 receipt # 00000002
         Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 06/14/02 | DEF 1; 4-5 Notice of Removal from Superior Court 3AN-02-07375 w/att exh. |
| 2 - | 1 | 06/14/02 | DEF 1; 4-5 Notice to adverse parties of fiing of ntc of removal. |
| 3 - | 1 | 06/14/02 | DEF 1; 4-5 Attorney Appearance of Linda Johnson (MUNI) |
| 4 - | 1 | 06/14/02 | DEF 1; 4-5 Notice of filing and designation of state court proceedings record w/att exhs. |
| 5 - | 1 | 06/14/02 | DEF 1; 4-5 Service List. |
| 6 - | 1 | 06/17/02 | RRB Minute Order to petitioner subsequent to removal.  Petitioners to file copies of state court records and service list. cc: cnsl |
| 7 - | 1 | 06/20/02 | DEF 1; 3-4 Notice of compliance. |
| 8 - | 1 | 06/21/02 | PLF 1-10 Complaint (Amended). |
| 9 - | 1 | 06/28/02 | DEF 3 Jury Demand. |
| 10 - | 1 | 06/28/02 | DEF 3 Attorney Appearance of M. Peterson. |
| 11 - | 1 | 06/28/02 | DEF 3 joinder to notice of removal. |
| 12 - | 1 | 07/02/02 | PLF 1-10 Return of Service Executed re: DEF 4 on 6/5/02. |
| 13 - | 1 | 07/02/02 | PLF 1-10 Return of Service Executed re: DEF 2 on 5/20/02. |
| 14 - | 1 | 07/02/02 | PLF 1-10 Return of Service Executed re: DEF 3 on 5/20/02. |
| 15 - | 1 | 07/02/02 | PLF 1-10 Return of Service Executed re: DEF 1 & 5 on 5/20/02. |
| 16 - | 1 | 07/02/02 | DEF 2 Attorney Appearance of Linda Webb(HAGANS). |
| 17 - | 1 | 07/05/02 | DEF 3 Answer to Amended Complaint. |
| 18 - | 1 | 07/09/02 | DEF 2 Answer to Amended Complaint. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0130--CV (RRB)
                              "CARL BRENT ET AL V MOA ET AL"

                                    For all filing dates
```

```
Document #   Filed      Docket text

  19 -   1   07/09/02   DEF 2 Jury Demand.

  20 -   1   07/12/02   DEF 1; 4-5 Answer to Amended Complaint.

  21 -   1   07/15/02   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 21 days. cc: cnsl

  22 -   1   08/02/02   PLF 1-10; DEF 1-5 Report of parties' case scheduling & planning meeting.

  23 -   1   08/09/02   RRB Minute Order re: S&P conf is set for 8/22/02 at 2:00 p.m. before
                        Judge Beistline.  cc: cnsl

  24 -   1   08/22/02   RRB Court Minutes [ECR: Debby Willoughby-Lyons] hearing re: S&P
                        conference held 8/22/02.  No deadlines set at this time.  cc: cnsl

  25 -   1   08/30/02   DEF 1; 4-5 motion for summary judgment re: immunity w/att memo, aff &
                        exhs.

  26 -   1   09/12/02   PLF 1-10 Unopposed request for extension of time until 9/30/02 to file
                        plfs' response to defendant MUNI's mot for summary judgment w/att aff.

  26 -   2   09/13/02   Order granting motion Unopposed request for extension of time until
                        9/30/02 to file plfs' responst to def MUNI's motion for summary judgment
                        (26-1).  cc: cnsl

  27 -   1   09/17/02   DEF 3 non-opposition to DEF 1; 4-5 motion for summary judgment re:
                        immunity (25-1).

  28 -   1   09/30/02   PLF 1-10 opposition to DEF 1; 4-5 motion for summary judgment re:
                        immunity  (25-1) w/att aff, exhs & notice of filingof non-original
                        signature of affidavits. (original opposition in expando behind the
                        file)

  29 -   1   10/03/02   DEF 1; 4-5 Unopposed motion for extension of time until 10/18/02 to file
                        reply to plf's oppo to the Muni's mot for summary on Immunity Issue.

  29 -   2   10/04/02   Order granting unopposed motion for extension of time until 10/18/02 to
                        file reply to plf's oppo to the Muni's mot for summary judgment on
                        Immunity Issue  (29-1).

  30 -   1   10/18/02   DEF 1; 4-5 motion for protective order w/att aff & notice of unsigned
                        aff.

  31 -   1   10/18/02   DEF 1; 4-5 motion for extension of time until 3 days after the
                        protective order is entered to file reply to defs motion for summary
                        judgment.

  32 -   1   10/22/02   DEF 1; 4-5 Notice of filing signed aff of Karen Hanson re: DEF 1; 4-5
                        motion for protective order (30-1) w/att aff.

  33 -   1   10/30/02   PLF 1-10 opposition to DEF 1; 4-5 motion for protective order (30-1).

  34 -   1   10/30/02   PLF 1-10 motion to strike affidavit of Karen Hanson.

  35 -   1   10/30/02   PLF 1-10 opposition to DEF 1; 4-5 motion for extension of time until 3
                        days after the protective order is entered to file reply to defs motion
                        for summary judgment. (31-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0130--CV (RRB)
                              "CARL BRENT ET AL V MOA ET AL"

                                     For all filing dates
```

```
Document #   Filed      Docket text

   36 -   1  10/30/02   PLF 1-10 motion for expedited consideration re: the opposition to the
                        motion for extension to file reply to motion for summary judgment.

   37 -   1  10/31/02   RRB Order denying motion for expedited consideration (36-1). The court
                        will address the pending motions in due course pursuant to the Federal
                        Rules of Procedure.   cc: cnsl

   38 -   1  11/05/02   DEF 2 motion to join Municipality of Anchorage's motion for protective
                        order.

   39 -   1  11/05/02   DEF 1; 4-5 reply to opposition to DEF 1; 4-5 motion for extension of
                        time until 3 days after the protective order is entered to file reply to
                        defs motion for summary judgment (31-1).

   40 -   1  11/05/02   DEF 1; 4-5 reply to opposition to DEF 1; 4-5 motion for protective order
                        (30-1).

   40 -   2  11/05/02   DEF 1; 4-5 opposition to PLF 1-10 motion to strike affidavit of Karen
                        Hanson (34-1).

   41 -   1  11/06/02   DEF 1; 4-5 Request for Oral Argument re: DEF 1; 4-5 motion for
                        protective order (30-1) .

   42 -   1  11/06/02   DEF 3 joinder to DEF 1; 4-5 motion for protective order(30-1) .

   43 -   1  11/07/02   RRB Order granting request for oral argument re: motion for protective
                        order.   cc: cnsl

   44 -   1  11/14/02   RRB Court Minutes [ECR: Robin Carter] O/A re: defs' motion for
                        protective order (dkt 30) held 11/13/02.  Court denied motion to strike
                        affidavit of Karen Hanson (34-1); granting motion for protective order
                        as agreed to by the parties (30-1), motion for extension of time to file
                        reply (31-1); reply to motion for sj due 11/15/02 & response due
                        11/29/02.   cc: cnsl

   45 -   1  11/15/02   PLF 1-10; DEF 1,4&5 Stipulation clarifying extension of time re: Muni's
                        reply brief due 11/22/02 and plf's response due 12/6/02 as discussed in
                        a court hearing held 11/13/02.

   46 -   1  11/19/02   RRB Order granting stipulation clarifying extension of time re: Muni's
                        reply brief due 11/22/02, plf's response due 12/6/02 (45-1).   cc: cnsl

   47 -   1  11/22/02   DEF 1; 4-5 reply to opposition to DEF 1; 4-5 motion for summary judgment
                        re: immunity (25-1) w/att aff, and SUBMISSION OF DOCUMENTS UNDER SEAL.

   48 -   1  11/25/02   DEF 1; 4-5 Certificate of svc re: DEF 1; 4-5 motion for summary judgment
                        re: immunity (25-1) .

   49 -   1  12/02/02   PLF 1-10 motion for extension of time until 12/16/02 to file response to
                        Municipality's opposition to summary judgment on immunity issues.

   50 -   1  12/03/02   DEF 1; 4-5 Amended Certificate of svc reply to oppo re: DEF 1; 4-5
                        motion for summary judgment re: immunity (25-1) w/att aff.

   51 -   1  12/04/02   RRB Minute Order granting motion for extension of time until 12/16/02 to
                        file response to Municipality's reply to opposition to mot for summary
                        judgment on the issue of immunity (49-1).   cc: cnsl
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A02-0130--CV (RRB)
                "CARL BRENT ET AL V MOA ET AL"

                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 12/16/02 | {SEALED} |
| 53 - 1 | 12/23/02 | DEF 1; 4-5 motion for order to show cause and to place plfs' response under seal. |
| 54 - 1 | 01/07/03 | PLF 1-10 non-opposition to DEF 1; 4-5 motion for order to show cause and to place plfs' response under seal (53-1). |
| 55 - 1 | 01/08/03 | RRB Order granting motion for order to show cause and to place plfs' response under seal (53-1). Plf's failure to file their response under seal violates the protective order. The response will immediately be placed under seal. Any plf who received a copy of the brief from his attorney is required to return the pleading immediately and ordered not to discuss the contents relating to the psychological exams. It is the responsibility of the parties to insure that confidential matters ar filed under seal and not distributed inappropriately. cc: cnsl |
| 56 - 1 | 01/15/03 | RRB Order granting in part and denying in part motion for summary judgment re: immunity (25-1) as stated. cc: cnsl |
| 57 - 1 | 01/16/03 | RRB Minute Order re: S&P Conference is set for 2/13/03 at 2:00 p.m. cc: cnsl |
| 58 - 1 | 02/13/03 | RRB Court Minutes [ECR: Elisa Singleton] scheduling and planning conference held 2/13/03. TBJ is set for 5/3/04 and is estimated to last 3 weeks. Standard pretrial to be issued. cc: cnsl, Jury Clerk |
| 59 - 1 | 02/24/03 | RRB Order setting the following dates: Final pretrial conference 04/27/04 at 8:30 a.m.; Trial briefs, Witness lists, Jury instructions & exhibits due 04/12/04; Estimate of trial 15 days; TBJ date 05/03/04 at 8:30 a.m.. cc: cnsl, Jury Clerk |
| 60 - 1 | 04/01/03 | DEF 3 Stipulation for extension until 1/15/04 for listing the names of expertiwtnesses show will offer opinion testimony at trial and for disclosure of expert reports. |
| 60 - 2 | 04/02/03 | RRB Order granting stipulation for extension until 1/15/04 for listing the names of expert witnesses & for disclosure of expert reports (60-1). cc: cnsl |
| 61 - 1 | 04/03/03 | DEF 3 motion to compel signing of releases w/att memo & exhs. |
| 62 - 1 | 04/07/03 | DEF 1; 4-5 joinder to DEF 3 motion to compel signing of releases (61-1). |
| 63 - 1 | 04/10/03 | DEF 2 joinder to DEF 3 motion to compel signing of releases (61-1). |
| 64 - 1 | 04/15/03 | PLF 1-10 opposition to DEF 3 motion to compel signing of releases (61-1) w/att aff & exhs. |
| 65 - 1 | 04/21/03 | DEF 3 reply to opposition to DEF 3 motion to compel signing of releases (61-1). |
| 66 - 1 | 05/29/03 | RRB Order granting motion to compel signing of releases as stated (61-1). cc: cnsl |
| 67 - 1 | 08/11/03 | DEF 5 motion for summary judgment w/att memo & exh. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0130--CV (RRB)
                              "CARL BRENT ET AL V MOA ET AL"

                                    For all filing dates
```

```
Document #   Filed      Docket text

  68 -  1   08/29/03   DEF 3 non-opposition to DEF 5 motion for summary judgment (67-1).

  69 -  1   09/04/03   RRB Order granting mot for sj and plf's cmplt against def George Wuerch
                       is hereby dism w/prej (67-1). cc: cnsl

  70 -  1   09/04/03   DEF 2 non-opposition to DEF 5 motion for summary judgment (67-1)

  71 -  1   01/30/04   DEF 3 motion for summary judgment w/att exhs.

  72 -  1   01/30/04   DEF 3 Notice of filing faxed affidavit.

  73 -  1   02/12/04   PLF 1-10 motion for extension of time until 3/16/04 to file their
                       reponse to defendant Lenharts' motion for summary judgment on
                       professional negligence and all other claims against him.

  74 -  1   02/18/04   DEF 3 Notice of filing original affidavit of R. Lenhart re: DEF 3 motion
                       for summary judgment (71-1) w/att aff.

  75 -  1   03/01/04   DEF 3 Stipulation that expert reports shall be exchanged 3 weeks after
                       deposition testimony of Tand Lenhart, PhD. & Michael Roberts, PhD. has
                       been transcribed and received from the court reporter.

  76 -  1   03/02/04   DEF 3 non-opposition to PLF 1-10 motion for extension of time until
                       3/16/04 to file their reponse to defendant Lenharts' motion for summary
                       judgment on professional negligence and all other claims against him.
                       (73-1)

  75 -  2   03/03/04   JWS Order granting stipulation that expert reports shall be exchanged 3
                       weeks after deposition testimony of R. Lenhart, Ph.D. and Michael
                       Roberts Ph.D. has been transcribed and received from the court reporter
                       (75-1).  cc: cnls

  77 -  1   03/04/04   RRB Minute Order granting motion for extension of time until 3/16/04 to
                       file their reponse to defendant Lenhart's motion for summary judgment
                       (73-1). cc: cnsl

  78 -  1   03/12/04   DEF 2 motion for summary judgment w/att exhs (located in expando
                       folder).

  79 -  1   03/16/04   PLF 1-10 Stipulation for extension of time until 3/24/04 to file plf's
                       response to defendant Lenhart's mot for sj, and for extension of time
                       until 4/2/04 for the exhcange of expert reports.

  80 -  1   03/18/04   RRB Order granting stipulation  for extension of time until 3/24/04 to
                       file plf's response pleadings to def Lenhart's motion for summary
                       judgment.  Expert reports to be exchanged by 4/2/04 (79-1).   cc: cnsl

  81 -  1   03/30/04   PLF 1 Stipulation for dismissal.

  82 -  1   03/30/04   PLF 2 Stipulation for dismissal.

  83 -  1   03/30/04   PLF 3 Stipulation for dismissal.

  84 -  1   03/30/04   PLF 4 Stipulation for dismissal.

  85 -  1   03/30/04   PLF 5 Stipulation for dismissal.
```

```
┌─────────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA            │
│             CIVIL DOCKET ENTRIES FOR CASE A02-0130--CV (RRB)                │
│                     "CARL BRENT ET AL V MOA ET AL"                          │
├─────────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                             │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
Document #   Filed       Docket text
──────────   ─────       ───────────
    86 -  1  03/30/04    PLF 6 Stipulation for dismissal.

    87 -  1  03/30/04    PLF 7 Stipulation for dismissal

    88 -  1  03/30/04    PLF 8 Stipulation for dismissal.

    89 -  1  03/30/04    PLF 9 Stipulation  for dismissal.

    90 -  1  03/30/04    PLF 10 Stipulation for dismissal.

    91 -  1  03/31/04    RRB Order granting Dismissal of all claims with prejudice, each side to
                         bear its own costs and fees; granting stipulation for dismissal (81-1),
                         stipulation for dismissal (82-1), stipulation for dismissal (83-1),
                         stipulation for dismissal (84-1), stipulation  for dismissal (85-1),
                         stipulation  for dismissal (86-1), stipulation  for dismissal (87-1),
                         stipulation  for dismissal (88-1), stipulation  for dismissal (89-1),
                         stipulation for dismissal (90-1); terminating in light of this order:
                         motion for summary judgment (71-1), motion for summary judgment (78-1).
                         cc: cnsl
```